**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7748**

---

VINCENT DEPAUL MEDLEY,

Plaintiff - Appellant,

versus

W. K. DANIEL,

Defendant - Appellee,

and

HALIFAX COUNTY JAIL,

Defendant.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Jackson L. Kiser, Chief District Judge. (CA-95-285-R)

---

Submitted: January 11, 1996      Decided: January 25, 1996

---

Before RUSSELL, HALL, and WILKINSON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Vincent DePaul Medley, Appellant Pro Se. William Carrington Thompson, Chatham, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Medley v. Daniel</u>, No. CA-95-285-R (W.D. Va. Oct. 25, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

3